1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALBERT JAMAAL YOUNGBLOOD,<br><br>                  Petitioner,<br><br>         v.<br><br>DONALD R HOLBROOK,<br><br>                  Respondent. | CASE NO. C14-5919 RBL-JRC<br><br>ORDER |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

The Court stayed this petition and held it in abeyance in January of 2015, so that petitioner had the opportunity to exhaust claims in state court (*see* Dkt. 4).  Petitioner filed a timely status report on April 2, 2015 (*see* Dkt. 6).  Petitioner informed the Court that the Washington State Supreme Court Commissioner denied petitioner's motion for discretionary review (*id.*). Petitioner asks for an extension of the stay (*id.*).

ORDER - 1

Petitioner states that he has filed a motion to modify the commissioner's ruling (*id*). Petitioner informs the Court that there has been no ruling by the Washington State Supreme Court on the motion to modify the commissioner's ruling (*id.*).

Based on the above, the Court grants petitioner's motion to continue the stay. The Court Orders that:

1. Petitioner's counsel must file another status report on or before August 14, 2015.

2. The Court will stay this petition until September 11, 2015.

3. If petitioner seeks further extension of the stay he will need to file a motion along with his status report and note the motion for the third Friday after filing to give respondent the opportunity to file a response.

Dated this 20th day of April, 2015.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge