UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALBERT JAMAAL YOUNGBLOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD R. HOLBROOK,<br><br>　　　　　Defendant. | CASE NO. 3:14-cv-05919 RBL<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, the objections to the Report and Recommendation [Dkt. #19], and the remaining record, does hereby find and **ORDER:**

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　Petitioner failed to show that the state courts' adjudication of his insufficient evidence habeas claim was contrary to, or an unreasonable application of, clearly established federal law.

　　(3)　A certificate of appealability shall not be issued.

**DATED** this 25th day of January, 2016.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　Ronald B. Leighton (as auth/dn)
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1